1  **CYNTHIA McGUINN (SBN 099324)**
   **MILES B. COOPER (SBN 209085)**
2  **ROUDA, FEDER, TIETJEN & McGUINN**
3  44 Montgomery Street, Suite 4000
   San Francisco, California  94104
4  *Telephone:* 415-398-5398
   *Facsimile:*  415-398-8169
5  *mc.team@rftmlaw.com*
   www.rftmlaw.com
6  ATTORNEYS FOR PLAINTIFF SERGIO MENDOZA

7  **PHILLIP R. BONOTTO (SBN 109257)**
   **AMANDA R. STEVENS (SBN 252350)**
8  **RUSHFORD & BONOTTO, LLP**
9  2277 Fair Oaks Blvd., Suite 495
   Sacramento, California  95825
10 *Telephone: 916*-565-0590
   *Facsimile:*  916-565-0599
11 pbonotto@rushfordbonotto.com
   astevens@rushfordbonotto.com
12 ATTORNEYS FOR DEFENDANT THE GSI GROUP, LLC

13

14

15

16              UNITED STATES DISTRICT COURT

17              EASTERN DISCTRICT OF CALIFORNIA

18                    SACRAMENTO DIVISION

19

| 20 | SERGIO MENDOZA, | CASE NO. 2:13-CV-00599-GEB-EFB |
|---|---|---|
| 21 | Plaintiff, | **STIPULATION AND ORDER REQUESTING JURY TRIAL** |
| 22 | v. | |
| 23 | THE GSI GROUP, LLC, | Case Filed:  March 27,  2013 |
| 24 | Defendant. | |

25

26

27        The parties stipulate as follows:

28        On June 3, 2012, the Court issued Doc 9, Status (Pre-Trial Scheduling Order).

The docket text for the ECF notification of Doc 9 stated:

> "Docket Text: STATUS (PRETRIAL SCHEDULING) ORDER signed by Judge Garland E. Burrell, Jr. on 5/31/13: Status Conference set for 6/10/13 is VACATED; Discovery due by 6/25/2014; last hearing date for a Motion is 8/25/2014 commencing at 9:00 a.m., Final Pretrial Conference set for 10/27/2014 at 11:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr., Bench Trial set for 1/21/2015 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. (Meuleman, A)."

Plaintiff and defendant requested a jury trial in their complaint and answer, respectively. The parties request that this matter be set for jury trial.

Respectfully submitted,

DATED: June 12, 2013            ROUDA, FEDER, TIETJEN & MCGUINN

By: _____/s/ Miles Cooper___
Miles Cooper
Attorneys for Plaintiff
SERGIO MENDOZA

DATED: June 12, 2013            RUSHFORD & BONOTTO, LLP

By: _____/s/ Amanda R. Stevens_
Amanda R. Stevens
Attorneys for Defendant
THE GSI GROUP, INC.

2
STIPULATION AND ORDER
{W0326304.DOC}

**ORDER**

**IT IS HEREBY ORDERED,** that this matter is set for jury trial.

**DATE: 6/19/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. The system will send notification of such filing via electronic mail to the following CM/ECF participants:

    Phillip R. Bonotto
    Amanda R. Stevens
    Rushford & Bonotto LLP
    Associate Attorney
    2277 Fair Oaks Blvd., Suite 495
    Sacramento CA 95825

    /s/ Courtney Coquilla-Megino
    COURTNEY COQUILLA-MEGINO

{W0326304.DOC}