1  **CYNTHIA McGUINN (SBN 099324)**
   **MILES B. COOPER (SBN 209085)**
2  **ROUDA, FEDER, TIETJEN & McGUINN**
3  44 Montgomery Street, Suite 4000
   San Francisco, California  94104
4  *Telephone:* 415-398-5398
   *Facsimile:*  415-398-8169
5  *mc.team@rftmlaw.com*
   www.rftmlaw.com
6  ATTORNEYS FOR PLAINTIFF SERGIO MENDOZA

7  **PHILLIP R. BONOTTO (SBN 109257)**
   **AMANDA R. STEVENS (SBN 252350)**
8  **RUSHFORD & BONOTTO, LLP**
9  2277 Fair Oaks Blvd., Suite 495
   Sacramento, California  95825
10 *Telephone: 916-565-0590*
   *Facsimile:  916-565-0599*
11 *pbonotto@rushfordbonotto.com*
12 *astevens@rushfordbonotto.com*
   ATTORNEYS FOR DEFENDANT THE GSI GROUP, LLC

13

14

15

16              UNITED STATES DISTRICT COURT

17            EASTERN DISCTRICT OF CALIFORNIA

18                 SACRAMENTO DIVISION

19

20  SERGIO MENDOZA,                  CASE NO. 2:13-CV-00599-GEB-EFB

21           Plaintiff,              **STIPULATION AND ORDER**
                                     **REQUESTING JURY TRIAL**
22       v.

23  THE GSI GROUP, LLC,
                                     Case Filed:  March 27,  2013
24           Defendant.

25

26

27       The parties stipulate as follows:

28       On June 3, 2012, the Court issued Doc 9, Status (Pre-Trial Scheduling Order).

1

{W0326304.DOC}

The docket text for the ECF notification of Doc 9 stated:

"Docket Text:  STATUS (PRETRIAL SCHEDULING) ORDER signed by Judge Garland E. Burrell, Jr. on 5/31/13: Status Conference set for 6/10/13 is VACATED; Discovery due by 6/25/2014; last hearing date for a Motion is 8/25/2014 commencing at 9:00 a.m., Final Pretrial Conference set for 10/27/2014 at 11:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr., Bench Trial set for 1/21/2015 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. (Meuleman, A)**.**"

Plaintiff and defendant requested a jury trial in their complaint and answer, respectively. The parties request that this matter be set for jury trial.

Respectfully submitted,

DATED:  June 12, 2013          ROUDA, FEDER, TIETJEN & MCGUINN

By:  _____/s/ Miles Cooper___
Miles Cooper
Attorneys for Plaintiff
SERGIO MENDOZA

DATED:  June 12, 2013          RUSHFORD & BONOTTO, LLP

By:  _____/s/ Amanda R. Stevens_
Amanda R. Stevens
Attorneys for Defendant
THE GSI GROUP, INC.

STIPULATION AND ORDER
{W0326304.DOC}

1

## <u>ORDER</u>

2

3
  **IT IS HEREBY ORDERED,** that this matter is set for jury trial.

4
**DATE:  <u>6/19/2013</u>**

5
_____

6
GARLAND E. BURRELL, JR.
Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

{W0326304.DOC}

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2013, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF System. The system will send notification of such filing

via electronic mail to the following CM/ECF participants:

> Phillip R. Bonotto
> Amanda R. Stevens
> Rushford & Bonotto LLP
> Associate Attorney
> 2277 Fair Oaks Blvd., Suite 495
> Sacramento CA 95825

/s/ Courtney Coquilla-Megino
COURTNEY COQUILLA-MEGINO