AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Sergio Mendoza

Plaintiff(s),

v.

The GSI Group, LLC, et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13-CV-00599-GEB-EFB

Notice is hereby given that, subject to approval by the court, Sergio Mendoza substitutes
(Party (s) Name)

Miles B. Cooper                State Bar No. 209085       as counsel of record in
(Name of New Attorney)

place of    Miles B. Cooper
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Emison Hullverson LLP
Address:       1005 Sansome Street, Suite 330
Telephone:     (415) 434-2111                  Facsimile  (415) 434-2112
E-Mail (Optional):  miles@emisonhullverson.com

I consent to the above substitution.

_sergio mendoza_
(Signature of Party(s))

I consent to the above substitution

(Signature of Former Attorney(s))

I consent to the above substitution.

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: February 28, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge